The People of the State of Illinois ex rel. John Mayer, appellee, v. City of Chicago et al., appellants. Gen. No. 34,269.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931.

Samuel A. Ettelson, Corporation Counsel, James W. Breen, First Assistant Corporation Counsel, and Samuel L. Golan, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Edward J. McArdle, Jr., for appellee; E. J. McArdle, of counsel.

Mr. Justice Gridley delivered the opinion of the court.